# KOFFSKY & FELSEN, LLC
### 1150 BEDFORD STREET
### STAMFORD, CONNECTICUT 06905
### (203) 327-1500

Via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE: 12/9/19

APPLICATION GRANTED

SO ORDERED:

Vincent L. Briccetti, U.S.D.J.          Date 12/9/19

Hon. Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    **United States v. Lorenzo McCoy**
             7:19-cr-00549-VB-2

Dear Judge Briccetti:

      I respectfully request that the Court excuse my appearance in the above matter at the status conference scheduled for tomorrow, December 9, 2019. I am currently on trial in the matter entitled United States v. Kareem Davis, 1:17cr610 (LGS), before the Honorable Judge Lorna G. Schofield and as a result of my trial preparation, I neglected to timely notify the Court of my engagement. I apologize to the Court. I have communicated with co-defendant's counsel in this matter, Attorney Jason Ser, who has indicated that he will both attend today's status conference and represent Mr. McCoy in my absence. I have also discussed my non-appearance with Mr. McCoy, through his mother, and she has indicated that he has no objection to Mr. Ser standing up for me..

      Thank you for your consideration.

                                        Respectfully submitted,

                                      /s/ *Bruce D. Koffsky*
                                      Bruce D. Koffsky

cc: All Counsel of Record via ECF