UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
USA

                        Plaintiff(s),

v.

Lorenzo McCoy

                        Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

19 cr 549-2  (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/re-scheduled for:

___ Status conference

XX Telephone conference  ***
(Bail Hearing)
___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

___ Sentencing

on 4-27-20 at 10:00 a.m. by Calling 1-888-363-4749, Use Access Code 1703567

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 4-23-20
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge