UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

19 CR 549 (VB)

-v-

LORENZO MCCOY,

Consent to Proceed by
Video or Teleconference

Defendant.

---------------------------------------------------------------x

The defendant, **LORENZO MCCOY**, hereby voluntarily consents to participate in the following proceedings via ____ videoconferencing or __X__ teleconferencing:

_____ Initial Appearance Before a Judicial Officer

_____ Arraignment (Note: If on a Felony Information, Defendant Must Sign Separate Wavier of Indictment Form)

_____ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

*Lorenzo McCoy*
*(by VBm, USDJ)*
Defendant's Signature
(Judicial Officer may obtain verbal Consent on the Record and Sign for Defendant)

Defendant's Counsel's Signature

Lorenzo McCoy
Print Defendant's Name

Bruce D. Koffsky
Print Counsel's Name

The proceeding was conducted by reliable telephone conferencing technology.
VBm, USDJ 4/24/20

1