UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                  19 CR 549 (VB)

-v-

LORENZO MCCOY,                           **Consent to Proceed by**
                                               **Video or Teleconference**

                Defendant.

------------------------------------------------------------x

       The defendant, **LORENZO MCCOY**, hereby voluntarily consents to participate in the following proceedings via ~~videoconferencing~~ or _X_ teleconferencing:

_____ Initial Appearance Before a Judicial Officer

_____ Arraignment (Note: If on a Felony Information, Defendant Must Sign Separate Wavier of Indictment Form)

_X_ Bail/Detention Hearing  4/27/20

_____ Conference Before a Judicial Officer

_Lorenzo McKoy (signed by Judge Briccetti)_
Defendant's Signature
(Judicial Officer may obtain verbal
Consent on the Record and Sign for
Defendant)

_[signature]_
Defendant's Counsel's Signature

_Lorenzo McCoy___
Print Defendant's Name

_Bruce D. Koffsky___
Print Counsel's Name

So Ordered:
VB — USDJ
4/27/20

1