**LAW OFFICES OF**
# KOFFSKY & FELSEN, LLC
**1150 BEDFORD STREET**
**STAMFORD, CONNECTICUT  06905**
**(203) 327-1500**
**FACSIMILE (203) 327-7660**

August 24, 2020

Via ECF and Email

Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

> By separate order, the confrence has been adjourned from 8/25/20 to 9/10/20 at 11:00 a.m., to be conducted by telephone conference.  Time is excluded under the Speedy Trial Act until 9/10/20 in the interest of justice because of the unavailability of counsel.
> SO ORDERED:
>
> _____
> Vincent L. Briccetti, U.S.D.J.    8/24/20

        Re:    United States v. Lorenzo McCoy
               7:19-cr-00549 (VB)

Dear Judge Briccetti:

        Please accept this as the undersigned's amended application for a continuance of the status conference dated August 22, 2020.

         The undersigned is appointed counsel for Mr. Lorenzo McCoy in the above matter.  Mr. McCoy is scheduled to appear before the Court via telephone on Tuesday, August 25, 2020 at 11:00 a.m. for a status conference.  The undersigned respectfully requests that the Court reschedule the defendant's status conference for September 10, 2020 at a time convenient to the Court. The reason for the continuance request is that the undersigned has been appointed as "learned counsel" in the matter entitled U.S. v. Nicholas Tartaglione, 7:16cr832 (KMK), an authorized death-penalty matter currently pending before the Honorable Kenneth M. Karas.  There has been a prolonged Curcio hearing in the Tartaglione matter which has recently been continued to August 25, 2020 at 11:00 a.m. and where witnesses have been summoned to Court to give testimony.

        I have discussed this application with both A.U.S.A. Mathew Andrews and Jason Ser, counsel for co-defendant Taylor.  Mr. Andrews indicates that the government has no objection to the granting of this request and Attorney Ser has notified me that neither he nor his client have an objection to the status conference being rescheduled.

        Thank you for your kind consideration.

                        Respectfully submitted,

                        __/s/ Bruce D. Koffsky___
                        Bruce D. Koffsky

BDK/me
cc:    All Counsel of Record (via ECF)