UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

LORENZO MCCOY,
                Defendant.
----------------------------------------------------------x

**ORDER**

19 CR 549-2 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/20

    The Court held a pretrial conference today in the above matter, which defendant, defense counsel, and counsel for the government attended by telephone.

    As discussed during the conference, it is HEREBY ORDERED:

    1.    A status conference in this case is scheduled for <u>October 23, 2020, at 2:30 p.m.</u> The Court expects to conduct this conference in person in the Courthouse.

    Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at: <u>https://www.nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf</u>. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

    2.    Defendant shall have until <u>November 9, 2020</u>, to file any motions in this case. If defendant files any motions, the government's responses to same shall be due <u>November 30, 2020</u>. Defendant's replies, if any, shall be due <u>December 14, 2020</u>.

Dated: September 10, 2020
       White Plains, NY

SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti
United States District Judge