UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA          :
                                  :
v.                                :          **ORDER**
                                  :
LORENZO MCCOY,                    :          19 CR 549-2 (VB)
                    Defendant.    :

-----------------------------------------------------------x

For the reasons set forth on the record during a conference held on February 24, 2021,

attended by defendant and all counsel, the Court granted defendant's motion for a hearing to

determine the mental competency of the defendant, and further ordered that a psychiatric or

psychological examination of the defendant be conducted and that a psychiatric or psychological

report be filed with the Court. See 18 U.S.C. § 4241(a), (b).

The competency hearing is scheduled for **April 5, 2021, at 2:30 p.m.**

By March 3, 2021, the parties shall jointly submit a proposed scheduling order with

respect to the examination, report, and hearing.

All other scheduled dates and deadlines set forth in the Order dated November 13, 2020

(Doc. #70) remain in effect.

Dated: February 25, 2021
       White Plains, NY


SO ORDERED:


Vincent L. Briccetti
United States District Judge