USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/26/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :          ORDER

        - v. -                      :          19 Cr. 549 (VB)

LORENZO McCOY,                      :

       Defendant.                 :

- - - - - - - - - - - - - - - - - - X

Upon Order of the Court, with the consent of the defendant, LORENZO McCOY, by his counsel, Bruce D. Koffsky, Esq., and the consent of the UNITED STATES, Audrey Strauss, United States Attorney for the Southern District of New York, by Assistant United States Attorneys Nicholas Bradley, Esq., and Lindsey Keenan, Esq., it is hereby

ORDERED, pursuant to Title 18, United States Code, Sections 4241, et seq., that on or before March 15, 2021, a psychological evaluation of the defendant LORENZO McCOY be performed by Dr. Barry Rosenfeld, Ph.D, to assist the Court in determining whether McCOY presently is suffering from a mental illness which renders him unable to comprehend the nature and consequences of the proceeding against him or reasonably assist in his defense; and it is further

ORDERED that Dr. Rosenfeld's fees are to be paid for by

1

the Department of Justice pursuant to Title 18, United States Code, Section 4272(b); and it is further

ORDERED that prior to meeting with the defendant, LORENZO McCOY, Dr. Rosenfeld receive and review any prior psychological evaluations and relevant medical records of McCOY which may be of assistance to Dr. Rosenfeld in evaluating McCOY's competency; and it is further

ORDERED that any meeting(s), evaluation(s), and/or psychological testing that occur pursuant to this Order shall be between the defendant, LORENZO McCOY, and Dr. Rosenfeld, and no other persons shall be present at such meeting(s), evaluation(s), and/or psychological testing, although Dr. Rosenfeld may separately interview or meet with persons relevant to the psychological evaluation of McCOY; and it is further

ORDERED pursuant to Title 18, United States Code, Sections 4247(c), that on or before March 22, 2021, Dr. Rosenfeld report the results of his examination to the Court with copies provided to defense counsel Bruce D. Koffsky, Esq., 1150 Bedford Street, Stamford, Connecticut 06905, and Assistant United States Attorneys Nicholas Bradley and Lindsey Keenan, 300 Quarropas Street, White Plains, New York 10601. Upon receipt of the examination results counsel for the Government and defense counsel

shall confer, and shall submit a joint letter with the parties'
positions regarding the competency hearing no later than March 29,
2021.

DATED:     February 26, 2021
           White Plains, New York


           _____
           HON. VINCENT L. BRICCETTI
           UNITED STATES DISTRICT JUDGE
           SOUTHERN DISTRICT OF NEW YORK