> APPLICATION GRANTED IN PART
> A change of plea hearing is scheduled for **3/25/2021 at 10:00 a.m. in Courtroom 520**. All pretrial deadlines are stayed. Dr. Rosenfeld's report of defendant's psychological evaluation is expected to be received by the Court and the parties by 3/22/2021. At the hearing on 3/25/2021, the Court will first discuss the report with the parties and make a determination as to defendant's competency to proceed. If the Court finds defendant competent, the Court will proceed with the guilty plea. Until then, the scheduled trial date of 4/12/2021 shall remain in effect.
> SO ORDERED:
> _____
> Vincent L. Briccetti, U.S.D.J.  3/3/2021

**Via ECF**

Hon. Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York  10601

  Re: **United States v. Lorenzo McCoy**
     **7:19-cr0549 (VB)**

Dear Judge Briccetti:

  The undersigned is appointed counsel to defendant Lorenzo McCoy in the above-entitled matter. This is to inform the Court, that after conversations with the defendant, Mr. McCoy has directed the undersigned to notify the Court that he intends to plead guilty to the two-count Indictment currently pending against him. As there is currently a pending evaluation with regards to the defendant's competency to be prosecuted in this matter, the undersigned respectfully requests that upon the Court's finding the defendant competent, that the Court schedule the defendant's change of plea.

  In addition to the above, the defendant's matter is currently scheduled for trial on April 12, 2021 and the Court has issued a scheduling Order that provides that both the government and the defendant file pre-trial pleadings beginning on March 5. 2021. As the defendant's guilty plea would obviate the need for these pretrial filings, the \undersigned respectfully requests that the Court continue the scheduling order and trial date for forty-five (45) days. Undersigned counsel has discussed this request with AUSA Nicholas Bradley who indicates that the government has no objection to the requested continuance.

           Respectfully submitted,

           /s/ *Bruce D. Koffsky*
           Bruce D. Koffsky

BDK/me