USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/21

**LAW OFFICES OF**
# KOFFSKY & FELSEN, LLC
**1150 BEDFORD STREET
STAMFORD, CONNECTICUT 06905
(203) 327-1500
FACSIMILE (203) 327-7660**

June 28, 2021

**APPLICATION GRANTED
SO ORDERED:**

/s/ Vincent L. Briccetti

Vincent L. Briccetti, U.S.D.J.
Dated: 6/28/21
White Plains, NY

Defendant McCoy is permitted to attend his child's birthday party on 7/3/21. Defense counsel shall immediately notify Pretrial Services of this order.

**Via ECF**

The Honorable Vincent J. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Lorenzo McCoy
    7:19cr549 (VB)

Dear Judge Briccetti:

The undersigned has been appointed to represent Mr. Lorenzo McCoy in the above titled matter. The defendant respectfully requests that the Court modify his release conditions to allow the defendant to attend his young child's birthday party, which is scheduled for Saturday, July 3, 2021.

On October 29, 2019, the defendant was charged by Indictment with Conspiracy to Commit Carjacking in violation of 18 U.S.C. §371 and Carjacking in violation of 18 U.S.C. § 2119. At the time of his initial presentment, Mr. McCoy was ordered released on conditions. On November 5, 2019, Mr. McCoy's release conditions were modified to include home detention. On March 25, 2021, Mr. McCoy entered a plea of guilty to a superseding Information and the defendant's sentencing is currently scheduled for July 16, 2021. It is the undersigned understanding that Mr. McCoy has been compliant with his current release conditions.

A birthday party for Mr. McCoy's young child is scheduled for Saturday, July 3, 2021, and Mr. McCoy wishes to attend. AUSA Nicholas Bradley has indicated that the government does not object to the defendant's request. (It is the undersigned's understanding that USPSO Leo Barrios is currently out of town.) Wherefore, the defendant requests permission of the Court to attend his child's birthday party this Saturday.

Thank you for Your Honor's consideration.

Respectfully submitted,
/s/ *Bruce D. Koffsky*
Bruce D. Koffsky

cc: All Counsel of Record