MEMORANDUM ENDORSEMENT

<u>United States v. Lorenzo McCoy</u>
19 CR 549-2 (VB)

    Defendant Lorenzo McCoy's mother, Jill Hodges, has submitted the attached letter, dated August 27, 2021, and "notice of appeal" to the Court. Ms. Hodges says she is "asking for an appeal" on behalf of her son, and also asking that the Court "allow Lorenzo to continue to receive sustainable treatment instead of jail."

    To the extent this letter seeks any relief, it is DENIED for the following reasons. First, Ms. Hodges is not defendant's attorney, and therefore may not communicate with the Court on defendant's behalf. Second, the request to impose a non-jail sentence is untimely—the Court imposed sentence on August 19, 2021, and entered Judgment on August 20, 2021. (Doc. #112). Third, the Court has already considered all of the matters raised in Ms. Hodges's letter in imposing sentence in this case. And fourth, defendant has already filed a timely notice of appeal. (Doc. #113).

    The Court is sympathetic to Ms. Hodges's concerns about her son. But the Court has already decided the appropriate sentence in this case, and will not change that decision based on anything in Ms. Hodges's letter. Of course, defendant has the right to pursue an appeal, the merits of which will be determined by the Court of Appeals in due course.

    Defendant's attorney is directed to provide a copy of this Order and its attachments to his client and to Ms. Hodges.

Dated: September 2, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

RECEIVED
AUG 30 2021
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

August 27, 2021

Honorable Judge Briccetti,

With all do respect Your Honor, on behalf of my son Lorenzo D. McCoy, I, Jill Hodges, mother of Lorenzo, am asking for an appeal.

The reason we are asking for this is because Lorenzo is in need of treatment for his mental disorder as well as his intellectual disparities, which result in a diminished capacity. Lorenzo is not functioning as a normal 22 year old and has a serious life long mental health disorder.

Sending Lorenzo to jail for any amount of time would further impact his disabilities negatively.

Judge Briccetti, we are asking for you to please consider these reasons, and allow Lorenzo to continue to receive sustainable treatment instead of jail.

Listening to Judge Briccetti at the sentencing, you mentioned that an upward/downward Departure could have been a possibility. Unfortunately we were not made aware of this before sentencing.

So for these reasons we are asking for an appeal.

Thank you for your time.

Sincerely,
J. Hodges

Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

**Southern** District of **New York**

Caption:

**USA**

v.

**Lorenzo McCoy**

Docket No.: **7:19-cr-549(VB)**
**Briccetti, USDJ**
(District Court Judge)

Notice is hereby given that **Lorenzo McCoy** appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [ ] **Ineffective Counsel** (specify)

entered in this action on **8/27/2021** (date).

This appeal concerns: Conviction only [✓]   Sentence only [ ]   Conviction & Sentence [ ]   Other [ ]

Defendant found guilty by plea [✓] | trial [ ] | N/A [ ].

Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]

Date of sentence: **August 19, 2021** N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed [✓]   N/A [ ]

Appellant is represented by counsel? Yes [✓] | No [ ] | If yes, provide the following information:

Defendant's Counsel: **Bruce D. Koffsky**

Counsel's Address: **Koffsky & Felsen, LLC**
**1150 Bedford St. Stanford CT 06905**

Counsel's Phone: **203-327-1500**

Assistant U.S. Attorney: **Lindsey Keenan, Esq.**

AUSA's Address: **1 St. Andrew's Plaza New York 10007**

AUSA's Phone: **212-637-2634**

_____
Signature