1UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

USA,

Plaintiff(s),

**CALENDAR NOTICE**

v.

19 cr 549 (VB)

Lorenzo McCoy,

Defendant(s).
--------------------------------------------------------x

**PLEASE TAKE NOTICE** that the above-captioned case has been scheduled for:

___ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

_x_ VOSR conference

on August 18, 2026, at 12:00 p.m., in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(G) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: July 29, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge